EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00384 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| FATIMA LIAINA,        (1) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment in the above-captioned matter against Defendant FATIMA LIAINA on the grounds that Defendant entered a guilty plea to Counts 1 and 2 of the Information in CR. No. 05-00492 HG and was sentenced on March 16, 2006 to 51 months imprisonment.

Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to dismiss the

underlying indictment in the above-captioned matter after Defendant was sentenced in CR. No. 05-00492 HG.  Accordingly, the dismissal is in the interests of justice.

        DATED: March 17, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Mark A. Inciong
                                  MARK A. INCIONG
                                  Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, March 28, 2006.



                                        _____
                                        Helen Gillmor
                                        Chief United States District Judge

UNITED STATES v. LIAINA
CR. No. 05-00384 HG
"Order for Dismissal"